## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **GARRY NOLD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   Case No.: 05-2506-KHV |
| | ) |
| **KANSAS AUTO AUCTION, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER FOR DISMISSAL

NOW ON THIS 28th day of August, 2006 IT IS HEREBY ORDERED ADJUDGED

AND DECREED that the Voluntary Dismissal with Prejudice (Doc. #30) is granted.

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge